SERVICE LIST

*Attorneys representing Plaintiff/Debtor-Appellee*
**Meridian Sunrise Village, LLC**

Christopher Ian Brain
cbrain@tousley.com
Adrienne McEntee
amcentee@tousley.com
TOUSLEY BRAIN STEPHENS
1700 Seventh Ave, Suite 2200
Seattle, WA  98101
206-682-5600

*and*

Christine M Tobin-Presser
ctobin@bskd.com
James Leslie Day
jday@bskd.com
Katriana L Samiljan
ksamiljan@bskd.com
BUSH STROUT & KORNFELD
601 Union St., Suite 5500
Seattle, WA  98101
206-292-2110

*Attorneys representing Defendant-Appellant*
**NB Distressed Debt Investment Fund Limited**
David B. Levant
dblevant@stoel.com
David R Goodnight
drgoodnight@stoel.com
Hunter O. Ferguson
hoferguson@stoel.com
STOEL RIVES LLP
600 University St., Suite 3600
Seattle, WA  98101
206-624-0900

*Attorneys representing Defendant-Appellant*
**NB Distressed Debt Master Fund, LP**
David B. Levant
dblevant@stoel.com
David R Goodnight
drgoodnight@stoel.com
Hunter O. Ferguson
hoferguson@stoel.com
STOEL RIVES LLP
600 University St., Suite 3600
Seattle, WA  98101
206-624-0900

*Attorneys representing Defendant-Appellant*
**Strategic Value Special Situations Master Fund II, L.P.**
David B. Levant
dblevant@stoel.com
David R Goodnight
drgoodnight@stoel.com
Hunter O. Ferguson
hoferguson@stoel.com
STOEL RIVES LLP
600 University St., Suite 3600
Seattle, WA  98101
206-624-0900

*Attorneys representing Defendant-Appellant*
**U.S. Bank National Association**
Alan D Smith
ADSmith@perkinscoie.com
Brian A Jennings
bjennings@perkinscoie.com
PERKINS COIE
1201 3rd Ave, Suite 4900
Seattle, WA  98101
206-359-8000

*Attorneys representing Defendant-Appellant*
**Bank Of America National Association**
Daniel P. Pepple
dpepple@pcslegal.com
Jeffrey M Odom
jodom@pcslegal.com
PEPPLE JOHNSON CANTU & SCHMIDT PLLC
1501 Western Ave, Suite 600
Seattle, WA  98101
206-625-1711