FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 07 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: MERIDIAN SUNRISE VILLAGE LLC,<br><br>Debtor.<br><br>---<br><br>NB DISTRESSED DEBT INVESTMENT FUND LIMITED; NB DISTRESSED MASTER FUND LP; STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II LP; BANK OF AMERICA NATIONAL ASSOCIATION; US BANK NATIONAL ASSOCIATION,<br><br>Appellants,<br><br>v.<br><br>MERIDIAN SUNRISE VILLAGE LLC,<br><br>Appellee. | Nos. 14-35305<br>        14-35310<br>        14-35318<br><br>D.C. No. 3:13-cv-05503-RBL<br>Western District of Washington, Tacoma<br><br>ORDER |

The stipulated motion to consolidate these appeals for briefing and oral argument is granted. Appeal Nos. 14-35305, 14-35310, and 14-35318 are consolidated. The parties shall review the consolidated caption of this order and

RJ/MOATT

inform the court, in writing, if they contend that any change to the consolidated caption is appropriate.

The response to this court's order in appeal No. 14-35305 reflects that the district court has denied the post-judgment motion and that appellants in appeal No. 14-35305 intend to file an amended notice of appeal to include the order denying the post-judgment motion. Accordingly, these appeals are no longer stayed pursuant to Federal Rule of Appellate Procedure 4(a)(4).

The parties' stipulated motion that these consolidated appeals be stayed until the bankruptcy court decides Appellees' claims for declaratory judgment, injunctive relief, and breach of contract in the underlying adversary proceeding is granted. These consolidated appeals are stayed. Within 7 days after the bankruptcy court enters its ruling on these issues on the docket, and no later than November 7, 2014, appellants shall file a status report, and any party may also file a motion for appropriate relief. The failure to file a status report will terminate the stay of this appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rachel Jones
Motions Attorney/Deputy Clerk